# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1162**
**KA 15-01660**
PRESENT: CARNI, J.P., LINDLEY, DEJOSEPH, CURRAN, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                    V                                MEMORANDUM AND ORDER

RICKY D. PEGLOW, II, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

CHARLES A. MARANGOLA, MORAVIA, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered January 13, 2015. The judgment convicted defendant, upon his plea of guilty, of falsifying business records in the first degree.

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

        Same memorandum as in *People v Peglow* ([appeal No. 1] ___ AD3d ___ [Feb. 3, 2017]).

Entered:  February 3, 2017                          Frances E. Cafarell
                                                    Clerk of the Court